UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| RALPH BAZE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 10-22-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SALLY JUMP, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      The redress of grievances, due process, equal protection, and right of access claims asserted in numerical paragraphs 11, 12, and 13 of the complaint by Plaintiff Ralph Baze against Defendants Sally Jump and other unknown employees of the Franklin Circuit Clerk's office, in their individual and official capacities, are **DISMISSED**, with prejudice.  Judgment is entered in favor of the defendants with respect to these claims.

2.      The tort claim asserted under KRS 522.020 and set forth in numerical paragraph 13 of the complaint by Plaintiff Ralph Baze against Defendants Sally Jump and other unknown employees of the Franklin Circuit Clerk's office, in their individual and official capacities, is **DISMISSED**, without prejudice.

3.      The Court certifies that any appeal would not be taken in good faith. 28 U.S.C.

§1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v.*

*Sparkman*, 117 F.3d 949 (6th Cir. 1997).

4.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for

delay.

5.      This civil action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 7th day of May, 2010.

Signed By:

*Danny C. Reeves*  DCR

**United States District Judge**